UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

G. Paul Tonolli,

Debtor.

Chapter 13
Case No. 24-30748

---

Kathryn M. Johnson Estate

    Plaintiff,

v.

G. Paul Tonolli,

    Defendant

ADV NO. 24-03064

## ORDER DENYING MOTION FOR AMENDED FINDINGS

This adversary proceeding came before the court for hearing on the Plaintiff's "Motion for Amended Findings" [Doc 28] (the "Motion") along with the memorandum of law and affidavit of Shelley A. Johnson [Doc 29] (the "Memorandum"). The Defendant filed a response on May 7, 2025 [Doc 31]. The Plaintiff filed a Reply on May 11, 2025 [Doc 32]. The court found that the Memorandum was filed after the deadline making the Motion incomplete. Additionally, the court found that the Plaintiff did not advance any newly discovered evidence and relied only on facts already in the record that the court allegedly misinterpreted or on arguments that could have been raised during the initial hearing on summary judgment but were not raised. Based on this reasoning and the record, and as more fully discussed on the record during the hearing,

IT IS ORDERED:

1. The Motion is denied.

2. To the extent necessary, the Plaintiff's motion for excusable neglect [Doc 30] is denied.

Dated: May 16, 2025

BY THE COURT:

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge